**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**BRENDA LEE BROWN,**

    Plaintiff**,**

    v.

**GEORGIA DEPARTMENT OF DRIVER
SERVICES,**

    Defendant**.**

Civil Action 7:12-cv-93 (HL)

**ORDER**

Plaintiff Brenda Lee Brown met with the Court on September 17, 2012 in Valdosta, Georgia. During this meeting, the Court warned Mrs. Brown about the difficulties of proceeding pro se and gave Mrs. Brown a month to decide if she wished to pursue her case without the assistance of an attorney. On October 17, 2012, Mrs. Brown informed the Court by telephone that she wished to proceed pro se. Thus, this case shall move forward with Mrs. Brown representing herself.

**SO ORDERED**, this 13th day of November, 2012.

*s/Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE