# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

BRENDA LEE BROWN,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF DRIVER SERVICES,

    Defendant.

Civil Action No. 7:12-CV-93 (HL)

## ORDER

The Appendix to Plaintiff's Response to Defendant's Motion for Summary Judgment (Doc. 24-4) refers to a "Motion to Strike Affidavits by the following: Alan Watson, Donna Gornto, Donna James, Crystal Senterfitt, Apri Harrison and Mary Mitchell." Although Plaintiff evidently supplied Defendant with a copy of the motion to strike since Defendant responded to it, Plaintiff failed to include the motion in the materials filed with the clerk's office. Plaintiff is ordered to mail, or otherwise file, a copy of the motion to strike to the United States District Court for the Middle District of Georgia, 401 N. Patterson Street, Suite 212, P.O. Box 68, Valdosta, GA 31601, no later than April 16, 2014. If Plaintiff fails to supply the Court with a copy of the motion by that date, the motion will be deemed moot.

**SO ORDERED**, this the 2nd day of April, 2014.

<u>*s/ Hugh Lawson*</u>
**HUGH LAWSON, SENIOR JUDGE**

scr